Date: 04/08/11     *152192*     Page: 1

# DIVIDENDS REMITTED TO THE COURT

Case Number 09-11870 - MOHAMMADPOUR, ALI

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Roundup Funding, LLC** <br> MS 550 <br> PO Box 91121 <br> Seattle, WA 98111-9221 | 000014 | 400.80 | 3.50 |
| ---------- Remittance Total ---------- | | 400.80   *CK# 110* | 3.50 |

*[signature]*
LAUREN A. HELBLING, Trustee

[Court filing stamp: 2011 APR 12 PM 12:30 — UNITED STATES BANKRUPTCY COURT, CLEVELAND, OHIO]